```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JANE DOE,                                                              :
                                                                       :
                                Plaintiff,                             :
                                                                       :         25 Civ. 2077 (JPC)
                  -v-                                                  :
                                                                       :              ORDER
TAL ALEXANDER,                                                         :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff Jane Doe filed the Complaint in this action in state court under a pseudonym. Dkt. 1-1. On March 13, 2025, Defendant Tal Alexander removed the action to this Court. Dkt. 1. This action is therefore governed by the Federal Rules of Civil Procedure. *See Smith v. Bayer Corp.*, 564 U.S. 299, 304 n.2 (2011) ("[F]ederal procedural rules govern a case that has been removed to federal court.").

      As relevant here, Rule 10 requires that "[t]he title of the complaint must name all the parties." Fed. R. Civ. P. 10(a). Accordingly, Plaintiff may not proceed pseudonymously unless she first seeks and receives permission from this Court to do so. *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). If Plaintiff does not file such a motion by March 31, 2025, the Court will dismiss the Complaint.

      SO ORDERED.

Dated: March 18, 2025  
       New York, New York

                                                      JOHN P. CRONAN  
                                                    United States District Judge