```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JANE DOE,                                                              :
                                                                       :
                        Plaintiff,                                     :
                                                                       :   25 Civ. 2077 (JPC)
              -v-                                                      :
                                                                       :   ORDER
TAL ALEXANDER,                                                         :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 27, 2025, with leave of the Court, Defendant Tal Alexander filed a motion to dismiss Plaintiff Jane Doe's Complaint, Dkt. 1-1.  Dkts. 11-13.  On or before April 11, 2025, the parties shall submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

SO ORDERED.

Dated: March 28, 2025
       New York, New York

                                              _____
                                                    JOHN P. CRONAN
                                                United States District Judge