UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JANE DOE, :
:
                Plaintiff, :
: 25 Civ. 2077 (JPC)
    -v- :
: ORDER
TAL ALEXANDER, :
:
                Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On March 26, 2025, the Court ordered the parties to file disclosure statements pursuant to Federal Rule of Civil Procedure 7.1(a)(2) no later than April 4, 2025.  Dkt. 10.  Plaintiff Jane Doe has not done so.  Accordingly, Doe shall file the disclosure statements on or before April 11, 2025.  Doe is warned that the failure to abide by Court orders may result in sanctions.

       SO ORDERED.

Dated: April 7, 2025
       New York, New York
                                              JOHN P. CRONAN
                                         United States District Judge