

250 Vesey Street  
27th Floor  
New York, NY 10281

wmhwlaw.com  
T: 212-335-2030  
F: 212-335-2040

April 10, 2025

**Via ECF**
Hon. John Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

  *Re:* *Jane Doe v. Tal Alexander*, Case No. 25-CV-2077

Dear Judge Cronan:

  We represent Defendant Tal Alexander in the above-captioned matter. With the consent of Plaintiff, we write pursuant to Rule 1(a) of Your Honor's Individual Rules and Practices in Civil Cases. The Court requested that the parties submit a proposed case management plan and scheduling order by April 11, 2025. *See* ECF No. 15. Plaintiff has sought, and received, permission to file a motion to remand. *See* ECF No. 10. Defendant intends to oppose the remand motion. However, if Plaintiff prevails on her motion, this Court will have no subject matter jurisdiction over the action now pending before it. As such, the parties request a stay pending a decision on Plaintiff's forthcoming motion to remand, which under the current schedule will be fully briefed by May 12, 2025. *Id.*

  Thank you for Your Honor's time and attention to this matter. We will await the Court's direction.

              Respectfully submitted,

              _____
              Deanna M. Paul

              *Attorneys for Defendant Tal Alexander*

The request to stay discovery is denied, as the parties fail to identify good cause justifying a stay. *See Robbins v. Candy Digital Inc.*, No. 23 Civ. 10619 (LJL), 2024 WL 2221362, at *1 (S.D.N.Y. May 15, 2024). The parties shall file the proposed case management plan and scheduling order on or before April 18, 2025. The Clerk of Court is respectfully directed to close Docket Number 24.

SO ORDERED.
Date: April 14, 2025
New York, New York

JOHN P. CRONAN
United States District Judge