# CURIS LAW, PLLC

52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

April 23, 2025

**VIA ECF**
The Honorable John Cronan
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*Re*: *Jane Doe v. Tal Alexander, Case No. 25-CV-2077*

Dear Judge Cronan:

    We write on behalf of Plaintiff Jane Doe ("Plaintiff"), in response to the Court's directives to provide a letter response to defendant's letter dated April 17, 2025. The Plaintiff agrees to a stay in this matter pending the criminal trial of the defendant due to the overlap in discovery that will be germane in civil litigation.

    Thank you for You Honor's time and attention to this matter.

Respectfully,

*Antigone Curis*
_____
Antigone Curis

Defendant's request to stay this action, Dkt. 27, is granted in part.  The Court finds good cause to stay discovery in this matter for substantially the reasons outlined in Defendant's letter.  The Court does not find good cause to otherwise stay this case pending the Court's adjudication of Defendant's motion to dismiss (Dkt. 11), Plaintiff's motion for leave to appear anonymously (Dkt. 16), and Plaintiff's motion to remand (Dkt. 17).  Accordingly, the Court stays discovery in this matter and otherwise denies Defendant's request for a stay without prejudice to reraising that request following the Court's adjudication of the pending motions.

The Clerk of Court is respectfully directed to close Docket Number 27.

SO ORDERED
Date: May 1, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge