# CURIS LAW, PLLC
52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

June 16, 2025

**VIA ECF**
The Honorable John Cronan
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*Re*: *Jane Doe v. Tal Alexander, Case No. 25-CV-2077*

Dear Judge Cronan:

We write on behalf of Plaintiff Jane Doe ("Plaintiff"), in response to the Court's directives to file an amended complaint in Plaintiff's true name. We are respectfully requesting an additional two weeks to continue to discuss this further with our client. We have had preliminary discussions but they are still ongoing and Plaintiff is respectfully requesting the Court's indulgence of additional time to contemplate this very serious decision.

Thank you for You Honor's time and attention to this matter.

Respectfully,

*Antigone Curis*

Antigone Curis

The instant request is granted. Plaintiff's deadline to file an amended complaint is extended to June 30, 2025.

SO ORDERED.
Date: June 17, 2025
New York, New York

JOHN P. CRONAN
United States District Judge