```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JANE DOE,                                                              :
                                                                       :
                         Plaintiff,                                    :
                                                                       :           25 Civ. 2077 (JPC)
            -v-                                                        :
                                                                       :                ORDER
TAL ALEXANDER,                                                         :
                                                                       :
                         Defendant.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 9, 2025, the Court issued an Opinion and Order denying Plaintiff Jane Doe's request to proceed pseudonymously in this matter and ordered Doe to file an amended complaint under her true name by June 16, 2025.  Dkt. 36.  The Court cautioned Doe that the failure to file an amended complaint under her true name by that deadline would, absent an extension, result in the dismissal of this action without prejudice.  *Id.* at 13.  Then, on June 17, 2025, the Court extended Doe's deadline to file the amended complaint to June 30, 2025.  Dkt. 38.  To date, Doe has not filed an amended complaint under her true name.

Accordingly, the Court dismisses this action without prejudice.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: July 7, 2025
       New York, New York                            _____
                                                     JOHN P. CRONAN
                                                     United States District Judge